AARON D. FORD
Attorney General
NATHAN M. CLAUS (Bar No. 15889)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEHKI SANTIAGO BILL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LEMAY, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-00187-MMD-CLB<br><br>Order Granting<br>**Stipulation and Order for Dismissal with Prejudice** |

IT IS HEREBY STIPULATED by and between Plaintiff, Tehki Bill, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, by and through their respective under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

//

//

//

//

//

DATED this __18__th of November 2025.

Plaintiff

DATED this 18th of November, 2025.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
Nathan M. Claus, Esq. (Bar No. 15889)
Deputy Attorney General

Attorneys for Defendants

By: /s/
Tehki Santiago Bill, # 1243884

**ORDER**

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___January 15, 2026___

Miranda M. Du, U.S. District Judge